Roger D. Mellem, WSBA No. 14917
Robin A. Schachter, WSBA No. 23970
Britenae Pierce, WSBA No. 34032
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 464-4224
Attorneys for Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 05 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

PIPER JAFFRAY & CO., a Delaware corporation, and UBS FINANCIAL SERVICES INC., a Delaware corporation,

   Plaintiffs,

v.

WILLIAM P. FLEENOR and
D.A. DAVIDSON & CO., a Montana corporation,

   Defendants.

The Honorable ~~Lonny R. Suko~~ Edward Shea

NO. CV-06-5054 ~~BBS~~ EFS

**TEMPORARY RESTRAINING ORDER**
~~[PROPOSED]~~

This matter came before the Court on Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery. The Court having considered the records and files of this proceeding, including the following materials submitted by Piper Jaffray & Co., Inc. ("Piper Jaffray") and UBS Financial Services Inc. ("UBS") (collectively "Plaintiffs"):

(a)   Complaint for Immediate Injunctive Relief;

(b)   Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery and Memorandum in Support Thereof;

TEMPORARY RESTRAINING ORDER
~~[PROPOSED]~~ – 1

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

(c)   Declaration of Steven M. Phillips in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery, and subjoined attachments;

(d)   Declaration of Robert S. Hanson in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery;

(e)   Declaration of Michael Maehl in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery;

(f)   Declaration of Roger D. Mellem in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery, and subjoined attachments; and

(g)   Second Declaration of Roger D. Mellem, Regarding Notice to Defendants, and subjoined attachments. *[handwritten: in re Plaintiffs' request for TRO/PI]*

(h)   *[handwritten: Materials submitted in opposition to Plaintiffs' request for TRO/PI JEFS]*

After considering the above materials and any written opposition from the Defendants, and hearing oral argument of counsel, this Court has determined that:

## FINDINGS OF FACT

1.  Plaintiff Piper Jaffray is a broker-dealer of securities with its principal place of business in Minneapolis, Minnesota, and a member firm of the National Association of Securities Dealers, Inc. ("NASD"). Piper Jaffray is a Delaware corporation and maintains an office in Walla Walla, Washington.

2.  Plaintiff UBS is a broker-dealer of securities with its principal place of business in New York, New York, and a member firm of the NASD. UBS is a Delaware corporation and does business in the state of Washington.

3.  Defendant Fleenor is a former registered representative and employee of Piper Jaffray who operated out of Piper Jaffray's office in Walla Walla, Washington.

TEMPORARY RESTRAINING ORDER [~~PROPOSED~~] – 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

4. Defendant D.A. Davidson & Co. ("D.A. Davidson") is a Montana corporation transacting business in Washington State.

5. On June 23, 2006, Defendant Fleenor voluntarily resigned his employment with Piper Jaffray and became employed as a registered representative with D.A. Davidson.

6. Defendant Fleenor entered into a Training Agreement with Piper Jaffray's predecessor, Piper Jaffray & Hopwood ("PJH"), on or about July 19, 1989 ("Training Agreement").

7. The Training Agreement provides in relevant part at Paragraph E:

> 2. For ninety (90) days from the end of your employment, you will not directly or indirectly solicit, or assist in the solicitation of any customers of PJH to purchase or sell securities, commodities or deferred annuities; and
>
> 3. For ninety (90) days from the end of your employment, you will not directly or indirectly use for your benefit or any other employer any of the customer or business information obtained by you from PJH during the course of employment by PJH.

8. The Employment Agreement also states: "If your employment with PJH ends, either through termination by PJH or through resignation by you, you will surrender all training materials, account records, customer statements and customer files and other documents pertaining to PJH's customers, business methods and procedures, as well as all copies thereof."

## CONCLUSIONS OF LAW

1. There is complete diversity of citizenship between the Plaintiffs and the Defendants, and the Court has jurisdiction of this dispute.

TEMPORARY RESTRAINING ORDER [PROPOSED] – 3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

2. The Court has considered the factors specified in *E. & J. Gallo Winery v. Andino Licores S.A.*, 446 F. 3d 984 (9th Cir. 2006), as well as the Washington, Minnesota, and other law cited in Plaintiffs' Motion. "A preliminary injunction is appropriate 'where plaintiffs demonstrate either: (1) a likelihood of success on the merits and the possibility of irreparable injury; or (2) that serious questions going to the merits were raised and the balance of hardships tips sharply in their favor.'" *Id.* at 990 (citations omitted).

3. The Court specifically finds:

    A. Plaintiffs have demonstrated that they are likely to succeed on the merits and face the possibility of irreparable injury.

    B. Plaintiffs have also raised serious questions and the balance of hardships tips sharply in their favor.

    C. Plaintiffs will suffer irreparable harm if Defendant Fleenor or his agents are permitted to (i) solicit business from Piper Jaffray customers and accounts and/or (ii) use or disclose for his own benefit or for the benefit of his new employer, D.A. Davidson, the records of Piper Jaffray or information taken from Piper Jaffray;

    D. Plaintiffs will suffer irreparable harm if Defendant D.A. Davidson or its agents are permitted to (i) solicit business from Piper Jaffray customers and accounts using information provided by Defendant Fleenor or any of his agents (ii) use or disclose for its benefit the records of Piper Jaffray or information taken from Piper Jaffray by Defendant Fleenor or any of his agents.

    E. Plaintiffs do not have an adequate remedy at law; and

*[handwritten: based on the pleadings filed to date. JEFS]*

TEMPORARY RESTRAINING ORDER [PROPOSED] – 4

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

F.  In view of the considerations described above, the balance of equities in this matter favors Plaintiffs.

2.  The dispute represented in the above-entitled action should proceed in arbitration in accordance with the rules of NASD Dispute Resolution, Inc. ("NASD-DR").

## ORDER

1.  A Temporary Restraining Order shall issue immediately pursuant to Fed. R. Civ. P. 65(c), with security in the amount of $ 10,000 which has been posted by Plaintiffs. ~~no later than 4:30 p.m. on July ___, 2006;~~ JSF

2.  The show cause hearing on the preliminary injunction is set for July 21, 2006 at 10:00 a.m. o'clock a.m./p.m. in Room _____ of the courthouse of the Eastern District of Washington at Richland, located at U.S. Courthouse, Courtroom of Judge Shea in Richland, Washington.

3.  The Defendants are ordered to appear and show cause why a preliminary injunction should not be issued.

4.  The parties are hereby directed to use reasonable efforts to proceed with, and cooperate regarding, arbitration of this matter before NASD-DR. ~~Any party may apply to this Court for relief in the event that conduct by another party results in any unwarranted delay of such arbitration proceedings.~~ JSF

5.  Subject to the terms, conditions and exceptions of this Order, Defendants, whether alone or in concert with or through others, including but not limited to, any officer, agent, representative, and/or employee of D.A. Davidson, shall be and hereby are enjoined from soliciting or initiating contact with, directly or indirectly, any customer whom Defendant Fleenor

served and/or first became aware of while employed at Piper Jaffray, and from soliciting, directly or indirectly, the securities business of any such customer (other than his immediate family members).

6. Defendants shall not utilize, directly or indirectly, any information or documents of Piper Jaffray which Defendant Fleenor obtained while he was employed with Piper Jaffray.

7. The following exceptions shall apply to paragraphs 5, 6 and 7 herein: Defendants may provide advice to, and effect transactions for (a) any Piper Jaffray customer who initiates contact with Defendants for the purpose of transferring their Piper Jaffray account to D.A. Davidson and (b) any Piper Jaffray customers who transferred their account(s) to D.A. Davidson in response to any mailing or solicitation made by Defendants before this Order was issued, whether the transfer was made before or after the Order was issued, provided that as to any such customers who have not yet signed account transfer paperwork, the Defendants and anyone acting in concert or participation with them may not communicate, directly or indirectly, to such customers anything to the effect that Defendants would be free to talk to the customers if the customers sign account transfer forms. Collectively, the customers in subparagraphs (a) and (b) are referred to as "Transferred Customers."

8. Defendant Fleenor is hereby ordered to keep a log of all communications, contacts and transactions he has with all persons who were customers of Piper Jaffray as of June 23, 2006. The log shall identify the person who initiated the contact, the names of the recipient of the contact, the date and time of the contact, and the subject matter of the communication.

TEMPORARY RESTRAINING ORDER [PROPOSED] – 6

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

Should Defendants desire to confirm whether a person or entity is covered by this paragraph, Defendants' counsel shall contact Plaintiffs' counsel to seek confirmation as to whether the person or entity was a customer of Piper Jaffray as of June 23, 2006.

9. Defendants are ordered to return to counsel for Defendants by 5:30 p.m. on July 12th, 2006 all original records, copies, computerized information and/or other reproductions thereof, in whatever form, pertaining in any way to Piper Jaffray's customers (including, without limiting the generality of the foregoing, any compilations containing names, addresses, telephone numbers, e-mail addresses and/or account numbers of Piper Jaffray customers). Defendants' counsel shall be entitled to copy such records, but shall not share the documents or their contents with Defendants, who then shall return the originals to counsel for Piper Jaffray no later than 4:30 p.m. on July 14th, 2006. ~~Moreover, by 5:30 p.m. on July 6, 2006 all information contained in or derived from such records shall be purged from the possession, custody, and control of Defendants. Notwithstanding the foregoing,~~ Defendants may retain copies of documents relating to Transferred Customers.

10. Specifically, Defendants are ordered to return all of the following documents, whether in written or electronic format: (a) all records or other documents taken from Piper Jaffray or any of its affiliates (including without limitation records created by Fleenor or his agents in connection with his employment by Piper Jaffray); (b) all copies or other reproductions of any of the foregoing records or other documents; (c) all notes or other documents reflecting information taken from Piper Jaffray and any of its affililates; and (d) without limiting the generality of the foregoing, any and all other

TEMPORARY RESTRAINING ORDER [~~PROPOSED~~] – 7

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

documents reflecting, memorializing, recording or incorporating information relating to Piper Jaffray customers and/or to their Piper Jaffray accounts (including, without limiting the generality of the foregoing, any compilations containing names, addresses, telephone numbers, e-mail addresses and/or account numbers of Piper Jaffray customers). Defendants shall deliver all of said materials to legal counsel for Plaintiffs: Roger D. Mellem, Ryan Swanson and Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, Washington 98101.

11.  In aid of the preliminary injunction hearing, the time for discovery ~~is shortened to seven (7) calendar days after service.~~ will be shortened to 10 calendar days to begin Friday, July 7th and end Monday, July 17th. /s/ BAS

12.  This Order shall remain in full force and effect pursuant to Fed. R. Civ. P. 65(b) ~~for ten days from the date of its entry~~ until the conclusion of the PI hearing on July 31st. or until or unless the NASD-DR arbitration panel that will hear this dispute on its merits elects to modify this Order.

SO ORDERED this 5TH day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

TEMPORARY RESTRAINING ORDER [PROPOSED] – 8

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By: _____
    Roger D. Mellem, WSBA No. 14917
    Robin A. Schachter, WSBA No. 23970
    Britenae Pierce, WSBA No. 34032
    Attorneys for Plaintiffs

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
mellem@ryanlaw.com
schachter@ryanlaw.com
pierce@ryanlaw.com

Of Counsel:

SCHUYLER, ROCHE & ZWIRNER, P.C.

Michael D. Lee

One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
Telephone (312) 565-2400
Fax (312) 565-8300
Attorneys for Plaintiff UBS Financial Services Inc.

TEMPORARY RESTRAINING ORDER [~~PROPOSED~~] – 9

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

[pro hac vice application to be filed]

TEMPORARY RESTRAINING ORDER
[PROPOSED] – 10

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359